UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

REVEREND ANTHONY FEACHER, et al,

                Plaintiffs,

    v.                              3:06-CV-877

INTERCONTINENTAL HOTELS GROUP, et al,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
Senior United States District Judge

## DECISION and ORDER

        For the reasons stated in the December 15, 2006 Hamlin affidavit, the Court declines to dismiss the action at this time.  If Attorney Hamlin is going to represent Plaintiffs, then he shall prepare his admission papers and enter an appearance in this matter within 30 days.  Plaintiffs' failure to have counsel enter an appearance on their behalf within 30 days or to otherwise prosecute this matter in a timely manner shall result in the dismissal of this case. IT IS SO ORDERED.

Dated:   December18, 2006

                            Thomas J. McAvoy
                            Senior, U.S. District Judge