UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

**REVEREND ANTHONY FEACHER**, *et al.*,

            **Plaintiffs,**

   vs.

**INTERCONTINENTAL HOTELS GROUP**,
*et al.*,

            **Defendants.**
_____

Civ. Action No.
3:06-CV-0877 (TJM/DEP)

**THOMAS J. McAVOY,**
**Senior United States District Judge**

## DECISION & ORDER

The Hon. David E. Peebles has recommended in a Report and Recommendation dated December 7, 2007 that plaintiffs' claims against defendant Timothy Brown in this action be dismissed, with prejudice. See 12/7/07 Rep. & Rec., dkt. # 27. Plaintiffs have not objected to the recommendation. After examining the record, this Court has determined that the Report and Recommendation is not subject to attack for plain error or manifest injustice. Accordingly, the Court adopts the Report and Recommendation for the reasons stated therein. It is therefore,

**ORDERED** that plaintiffs' claims against defendant Timothy Brown in this action are dismissed, with prejudice.

**IT IS SO ORDERED**

DATED: January 7, 2008

*Thomas J. McAvoy*
Thomas J. McAvoy
Senior, U.S. District Judge